AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

NOV - 8 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Abraham MEDRANO-Valles | ) | Case No. EP:17-mj-4797-RFC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 19, 2017___ in the county of ___El Paso___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841 (a)(1) / 846 | Defendant did knowingly and intentionally conspire to possess with the intent to distribute approximately 14.95 kilograms (gross weight) of cocaine, a Schedule II controlled substance; |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Vance Belyeu - HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___11/08/2017___

_____
*Judge's signature*

City and state: ___El Paso, Texas___    Robert F. Castaneda - U.S. Magistrate Judge
*Printed name and title*

# Attachment A

## AFFIDAVIT

1. On July 19, 2017, Special Agents (SAs) with Homeland Security Investigations (HSI) conducted surveillance at Abraham GORDILLO's residence located at 1606 "A" Hartsdale Drive, Horizon, Texas. During surveillance an HSI undercover agent (UCA-1) was in telephonic communication with an associate of MEDRANO's. UCA-1 was "posing" as a transportation coordinator who had the capabilities to transport multi-kilogram quantities of cocaine across the United States for a transportation fee. MEDRANO's associate asked UCA-1 if he/she was willing to transport multi-kilogram quantities of cocaine from El Paso, Texas to Chicago, Illinois. UCA-1 informed MEDRANO's associate that he/she would be able to transport the cocaine. MEDRANO's associate then informed UCA-1 that he would have someone deliver 18 kilograms of cocaine to UCA-1's driver. UCA-1 then provided MEDRANO's associate with his/her truck drivers telephone number and told MEDRNAO's associate to have the person delivering the cocaine to call the truck driver. UCA-1's truck driver was a second HSI UCA who will be identified as UCA-2.
2. At approximately 3:03 p.m., UCA-2 received a call from a Hispanic male utilizing telephone number (915) 301-6560. Database checks revealed Abraham MEDRANO of 1606 Hartsdale Drive, Horizon, Texas was the user of the telephone number. UCA-2 then informed MEDRANO that he/she was waiting to meet with MEDRANO in the Best Buy parking lot located at 1864 Joe Battle, El Paso, Texas. MEDRANO told UCA-2 who would be heading to UCA-2's location soon.
3. At approximately 3:56 p.m., agents observed MEDRANO walk out of his residence while carrying a large cardboard box and place the box in the trunk of a black Chevy Cruze parked in the driveway bearing Chihuahua registration EML5077. Agents observed a second Hispanic male with MEDRANO who entered the passenger seat of the vehicle. Agents then observed MEDRANO close the trunk and enter the driver's seat of the car and depart the residence. Agents maintained constant surveillance of the vehicle from MEDRANO's house to its destination at the Best Buy parking lot.
4. At approximately 4:30 p.m., agents observed MEDRANO's black Chevy Cruze enter the Best Buy parking lot and park next to UCA-2's vehicle. Agents then observed UCA-2 and MEDRANO get out of their vehicles and engage in conversation. During conversation agents observed MEDRANO open the trunk of his vehicle and take out a large cardboard box and place the box in UCA-2's vehicle. UCA-2 then looked inside the box and counted thirteen (13) bundles, believed to be cocaine. UCA-2 explained that he/she needed to call UCA-1 to confirm the amount of bundles collected. Upon confirming the amount, UCA-2 informed MEDRANO that the amount collected was correct. MEDRANO then told UCA-2 that he was waiting on a call as to when he needed to pick up an additional five (5) kilograms of cocaine. MEDRANO continued by

# Attachment A

informing UCA-2 that he felt he would probably pick up the additional kilograms of cocaine sometime later that night. MEDRANO said he would contact UCA-2 when he had them in hand ready for delivery. UCA-2 acknowledged, and shortly after, both UCA-2 and MEDRANO parted ways.

5. UCA-2 turned over the cardboard box containing the thirteen bundles to an HSI seized property specialist who tested the bundles using a trunarc test kit. The bundles contained a white powdery substance which tested positive for the properties of cocaine and had a gross weight of 14.95 kilograms of cocaine.
6. On November 7, 2017, agents located MEDRANO in the Wal-Mart parking lot located at 12236 Montana Avenue, El Paso, Texas and placed MEDRANO under arrest. El Paso County Sheriff's Office Detective Miguel Liano read Miranda warnings to MEDRANO which was witnessed by SA Vance Belyeu. MEDRANO stated he understood his rights and stated he was willing to make the following non-verbatim statements without the presence of an attorney. This interview was not recorded at the request of MEDRANO.
7. MEDRANO stated two days before he delivered the cocaine to UCA-2 that he met with an unknown Hispanic male near his residence. MEDRANO stated the Hispanic male gave him the cardboard box containing 16 or 18 bundles of cocaine. MEDRANO stated he then took the box to his residence where he stored the cocaine. MEDRANO then stated his associate called him and told him to take two bundles of cocaine out of the box and deliver the rest to an unknown person, who was UCA-2. MEDRANO stated the two bundles of cocaine that he took from the box were sold in El Paso, TX, for $24,000 in United States currency (USC) a piece. MEDRANO stated he received $24,000 in USC from the sale of one of the bundles of cocaine.

Based on the foregoing facts, I respectfully request a criminal complaint to be issued against MEDRANO for violation of Title 21 United States Code 841/846.